COBBLER NEVADA, LLC,
v.
ANONYMOUS USERS OF POPCORN TIME : DOES 1 - 11,

IP addresses and time of infringement for defendants : Does 1 - 11

| No. | IP Address | Date and Time | Title | ISP | Software Used | State | City |
|---|---|---|---|---|---|---|---|
| 1. | 76.115.4.158 | 8/10/15 15:29 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.2 | Oregon | Salem |
| 2. | 76.27.192.127 | 7/17/15 3:41 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Portland |
| 3. | 50.137.35.46 | 8/3/15 4:39 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Beaverton |
| 4. | 71.238.55.109 | 7/29/15 1:03 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.1 | Oregon | Salem |
| 5. | 71.59.218.131 | 8/2/15 5:49 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.1 | Oregon | Lake Oswego |
| 6. | 24.21.184.100 | 7/15/15 4:39 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Portland |
| 7. | 24.21.68.190 | 8/11/15 23:26 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.2 | Oregon | Gresham |
| 8. | 50.137.128.62 | 7/14/15 2:30 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Hillsboro |
| 9. | 71.193.206.27 | 8/8/15 4:57 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.2 | Oregon | Portland |
| 10. | 71.193.230.69 | 7/31/15 18:52 | The Cobbler (2014) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Portland |
| 11. | 23.24.243.249 | 7/19/15 3:18 | The Cobbler (2014) | Comcast Business | Popcorn-Time 0.3.8.1 | Oregon | Portland |

EXHIBIT 1