Carl D. Crowell, OSB No. 982049
email: carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA**, **LLC,**<br><br>　　　　Plaintiff,<br>v.<br><br>**ANONYMOUS USERS OF POPCORN TIME, et al.**<br><br>　　　　Defendants. | Case No.:  3:15-cv-01550-ST<br><br>CERTIFICATE OF SERVICE<br><br>PLAINTIFF'S MOTION FOR LEAVE TO ISSUE FRCP 45 SUBPOENAS TO NON-PARTIES; EXHIBIT 1 |

CERTIFICATE OF SERVICE

　　　I, Carl D. Crowell, counsel for plaintiff, certify service of Plaintiff's Motion for Leave to Issue FRCP 45 Subpoenas to Non-Parties and Exhibit 1, by mailing a true copy this day to the subscribers identified by Comcast as responsible for IP addresses: 76.115.4.158 (Doe 01); 50.137.35.46 (Doe 03);  24.21.184.100 (Doe 06) and 24.21.68.190 (Doe 07).

　　　DATED: Nov. 16, 2015

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Carl D. Crowell*
　　　　　　　　　　　　　　　　　　　　　　　　　　Carl D. Crowell, OSB# 982049